

**57 West 57th Street, 3rd & 4th Floors, Manhattan, NY 10019**
**T:** +1 (917) 858-8018 | **E:** smu@whitewoodlaw.com
**W:** whitewoodlaw.com

June 19, 2026
Hon. Loretta A. Preska
Courtroom 12A
United States Courthouse
500 Pearl Street
New York, NY 10007

### MOTION TO DISMISS CERTAIN DEFENDANTS WITHOUT PREJUDICE

Re: Those Characters From Cleveland, LLC v. THE CAKE MIXER, et al. Case No. 1:26-cv-2443

Dear Hon. Judge Preska,

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff respectfully requests that the Court dismiss without prejudice all causes of action in the Complaint against the following Defendants identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
|---|---|
| Eco Reign | 41 |
| HF ZHOU | 52 |
| kmsili a | 65 |
| Love CABERS | 73 |
| Streamar local | 104 |
| Trendy Style | 115 |
| VVCustom | 117 |
| ZRXIANG | 134 |

A proposed order is submitted herewith.

Dated: June 19, 2026                     Respectfully submitted,

                                         */s/ Shengmao Mu*
                                         Shengmao Mu
                                         NY No. 5707021
                                         **WHITEWOOD LAW PLLC**
                                         57 West 57th Street, 3rd and 4th Floors
                                         New York, NY 10019
                                         Telephone: (917) 858-8018
                                         Email: smu@whitewoodlaw.com

                                         *Counsel for Plaintiff*

1