AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| THOSE CHARACTERS FROM CLEVELAND, LLC, *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 26-cv-2443 |
| THE CAKE MIXER, et al., *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See Schedule A attached

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shengmao Mu
Whitewood Law PLLC
57 West 57th Street
3rd and 4th Floors
New York, NY 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/3/2026

/s/ P. Canales

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Tammi M. Hellwig

## Schedule A

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 1 | The Cake Mixer | Domain | thecakemixer.co.nz |
| 2 | UP-NEXT | Domain | en.up-next.com.hk |
| 3 | ETUUI | Domain | etuui.com |
| 4 | Cor Blimey | Domain | shopcorblimey.com |
| 5 | queenofdecals | Domain | naildecalqueen.com |
| 6 | liruohongfzd | Amazon | AW3J0VJJRO5IE |
| 7 | DISMISSED | DISMISSED | DISMISSED |
| 8 | vivianK | Amazon | A3RDPNDTGG3I8W |
| 9 | DISMISSED | DISMISSED | DISMISSED |
| 10 | xianyouqiuzhifengmaoyiyouxiangongsi | Amazon | AL2D8CY9PHXQ0 |
| 11 | xianyudafanshen | Amazon | A1EYMCSYNHVZ2W |
| 12 | EQWRER | Walmart | 101625709 |
| 13 | ETOKZT INK | Walmart | 101632248 |
| 14 | Gomind Christmas | Walmart | 101695537 |
| 15 | KEKAIFAN | Walmart | 102551725 |
| 16 | linhuzan | Walmart | 101680701 |
| 17 | NovaGlobal | Walmart | 102603704 |
| 18 | AAYHNUJMCX | Temu | 634418218728209 |
| 19 | Alexxs | Temu | 634418218818840 |
| 20 | ATBX | Temu | 634418218008727 |
| 21 | AZMUOUTOP | Temu | 5649818768175 |
| 22 | Baishur | Temu | 634418219392998 |
| 23 | Balford | Temu | 634418219389431 |
| 24 | BESTENJOY | Temu | 634418218791489 |
| 25 | Billion Sell | Temu | 634418218236248 |
| 26 | blanket of home | Temu | 634418219425738 |
| 27 | C H E N Y | Temu | 634418219216773 |
| 28 | Carlotaa | Temu | 634418218973270 |
| 29 | Cartoon Household Products gc | Temu | 634418218926472 |
| 30 | Cfchaowu | Temu | 634418218891704 |
| 31 | Chen Guogui Canvas painting | Temu | 634418223626369 |
| 32 | Chen Li Canvas Painting | Temu | 634418221706475 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 33 | City Night | Temu | 634418215995209 |
| 34 | Cozy Couture | Temu | 634418220189648 |
| 35 | Crimson Clover | Temu | 634418219487300 |
| 36 | Cui Fcustom | Temu | 634418220134388 |
| 37 | DAIDAOWEI | Temu | 634418221021207 |
| 38 | DIYTREE MUGS | Temu | 634418219063403 |
| 39 | DJ NIGHT | Temu | 634418219888305 |
| 40 | DSDONEA | Temu | 634418219585466 |
| 41 | DISMISSED | DISMISSED | DISMISSED |
| 42 | FableGoods | Temu | 634418221671554 |
| 43 | Family Club Z | Temu | 634418218548239 |
| 44 | Feijiecheng | Temu | 634418215593023 |
| 45 | Fs Home textiles | Temu | 634418212222600 |
| 46 | funny sea | Temu | 634418219764087 |
| 47 | fuzhiwei Canvas painting | Temu | 634418223685031 |
| 48 | FXLPEE | Temu | 634418219511579 |
| 49 | Gala cup | Temu | 634418219974713 |
| 50 | Genesis Sanlio | Temu | 634418218565387 |
| 51 | Gift of Delight Shop | Temu | 634418220177484 |
| 52 | DISMISSED | DISMISSED | DISMISSED |
| 53 | HLILILIH | Temu | 634418221877201 |
| 54 | HUANGcolytg | Temu | 634418220291959 |
| 55 | initial Blanket | Temu | 634418220712854 |
| 56 | InsulateRide | Temu | 634418220262450 |
| 57 | Jamesjiafnag | Temu | 634418220670977 |
| 58 | JC custom | Temu | 634418219324387 |
| 59 | jianhongfanbuhua | Temu | 634418224209915 |
| 60 | Jiaze Textile | Temu | 634418221038767 |
| 61 | Jovial Cup | Temu | 634418218818175 |
| 62 | JUSTHIS | Temu | 634418218234092 |
| 63 | kaki supermarket | Temu | 634418221664235 |
| 64 | Khaa Cup | Temu | 634418219018739 |
| 65 | DISMISSED | DISMISSED | DISMISSED |
| 66 | Knowledge advances | Temu | 634418220257952 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 67 | La go go | Temu | 634418218753523 |
| 68 | lanlandedianpu | Temu | 634418221468526 |
| 69 | LI AO Cancer sign | Temu | 634418218461296 |
| 70 | lihuanghuang | Temu | 634418223054168 |
| 71 | LINA DREAMING | Temu | 634418213274327 |
| 72 | LonelyMOON | Temu | 634418219916141 |
| 73 | DISMISSED | DISMISSED | DISMISSED |
| 74 | luyck sticker | Temu | 634418218553716 |
| 75 | Manke mens clothing Tshirt | Temu | 634418218872262 |
| 76 | ManTee | Temu | 634418218687980 |
| 77 | Many blankets | Temu | 634418219231855 |
| 78 | Marco Min Shop | Temu | 634418219809341 |
| 79 | mes CC | Temu | 634418218874202 |
| 80 | mes clothing | Temu | 634418218586422 |
| 81 | Michael ck | Temu | 634418219317827 |
| 82 | mind what health | Temu | 634418220253963 |
| 83 | MIXDJHFD | Temu | 634418220198132 |
| 84 | Moon Leopard | Temu | 634418219094899 |
| 85 | MuR Appliances | Temu | 634418221282506 |
| 86 | OneFashiong | Temu | 634418219736774 |
| 87 | onewarm | Temu | 634418216440656 |
| 88 | P Art Diamond Painting | Temu | 634418218021209 |
| 89 | PINK PIN | Temu | 634418219888261 |
| 90 | Practice perfect | Temu | 634418220261092 |
| 91 | Printmaking art | Temu | 634418219769215 |
| 92 | Put up stickers you like | Temu | 634418217862317 |
| 93 | QuickFind | Temu | 634418218555486 |
| 94 | Rebel Queen | Temu | 634418222537398 |
| 95 | Rebel Stitch Works | Temu | 634418219499759 |
| 96 | Ruixiang Small Shop | Temu | 634418219116326 |
| 97 | SanrioStar | Temu | 634418220285370 |
| 98 | Small li clothing | Temu | 1726341186352 |
| 99 | SOOMOOK | Temu | 634418221165534 |
| 100 | SQXSTAR | Temu | 634418218536850 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 101 | Star cooffee cup | Temu | 634418212422180 |
| 102 | stay realshop | Temu | 634418218200247 |
| 103 | Stitch Society | Temu | 634418219488703 |
| 104 | DISMISSED | DISMISSED | DISMISSED |
| 105 | STRONG FANS | Temu | 634418218873080 |
| 106 | Stylish Sir menswear | Temu | 634418218957922 |
| 107 | Super Bowl XL | Temu | 634418220732512 |
| 108 | Taotao Items | Temu | 634418218540587 |
| 109 | Taoxee | Temu | 634418219711513 |
| 110 | Tarrott | Temu | 634418218732502 |
| 111 | The Chic Haven | Temu | 634418220255707 |
| 112 | Thinlight T | Temu | 634418224986820 |
| 113 | TideTees | Temu | 634418217273006 |
| 114 | TimeEcho | Temu | 634418219417650 |
| 115 | DISMISSED | DISMISSED | DISMISSED |
| 116 | Tutu blanket | Temu | 634418219993564 |
| 117 | DISMISSED | DISMISSED | DISMISSED |
| 118 | wangfengweiC | Temu | 634418218822824 |
| 119 | Waroom variety | Temu | 634418218199135 |
| 120 | Wearbyages | Temu | 634418219737197 |
| 121 | Weo Factory Shop | Temu | 634418220414013 |
| 122 | Wholesale Clothing S | Temu | 634418220065369 |
| 123 | WYAOYAO | Temu | 634418219919735 |
| 124 | xiaotuB | Temu | 634418219327040 |
| 125 | Xuanhua Boutique | Temu | 634418219145607 |
| 126 | xubaojiafang | Temu | 634418220341337 |
| 127 | Xyloray | Temu | 634418219758757 |
| 128 | DISMISSED | DISMISSED | DISMISSED |
| 129 | yiwenzhuanmaidian | Temu | 634418221346254 |
| 130 | Zeus Realm | Temu | 634418218873570 |
| 131 | Zhang Ping Canvas painting | Temu | 634418223140439 |
| 132 | Zhi han Canvas Painting | Temu | 634418225047269 |
| 133 | zou xiao Canvas Painting | Temu | 634418225048539 |
| 134 | DISMISSED | DISMISSED | DISMISSED |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 135 | tiny_life_beads | Instagram | tiny_life_beads |

Civil Action No. 26-cv-2443

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Defendants listed on Schedule A attached

was received by me on *(date)* 09/03/2026 .

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

❒ I returned the summons unexecuted because ______ ; or

✔ Other *(specify)*: On April 20, 2026, someone working under my supervision served Defendants via email, including a URL with true and correct copies of the Amended Complaint along with all exhibits, and the Order to Show Cause for Preliminary Injunction and Temporary Restraining Order. On September 3, 2026, the stamped copy of the summons was uploaded to said URL and served on Defendants electronically.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/30/2026

/s/Shengmao Mu
*Server's signature*

Shengmao Mu, Attorney
*Printed name and title*

57 West 57th Street
3rd and 4th Floors
New York, NY 10019
*Server's address*

Additional information regarding attempted service, etc: